USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHAPMAN ROBERTS,

          Plaintiff,

- against -

BROADWAYHD LLC, et al.,

          Defendants.

---------------------------------------------------------------X

19-cv-9200 (AT) (RWL)

**<u>ORDER</u>**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated on the record during the conference held on January 22, 2020:

1. Defendant BroadwayHD LLC's motion to quash Plaintiff's subpoena to third-party Brightcove, Inc. is DENIED.

2. Plaintiff's motion to amend the complaint is GRANTED. Plaintiff shall file and serve its amended complaint, if any, by January 29, 2020.

3. Defense counsel's motion to seal portions of the Declaration of Christopher J. Sovak including the exhibits attached thereto, which will be submitted in support of Defense counsel's anticipated motion to withdraw is GRANTED.

The Clerk is respectfully directed to terminate the motions at Dkts. 23, 33, and 37.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     January 23, 2020
               New York, New York

Copies transmitted this date to all counsel of record.