

**LINNA CHEN**
Partner

345 Park Avenue
New York, NY  10154

**Direct**  212.407.4953
**Main**    212.407.4000
**Fax**     212.412.9054
lchen@loeb.com

Via ECF

June 8, 2020



Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   Roberts v. BroadwayHD LLC, et al., No. 1:19-cv-09200 (KPF)(RWL)

Dear Judge Failla:

We represent defendant Sony/ATV Music Publishing LLC ("SATV") in the above-captioned action to request the adjournment of the deadlines for SATV's motion to dismiss.

Pursuant to Your Honor's ECF Order, dated April 29, 2020, SATV's motion to dismiss Plaintiff Chapman Roberts' ("Plaintiff") First Amended Complaint is due to be filed on or before June 12, 2020.  Plaintiff and SATV have engaged in settlement discussions regarding the resolution of Plaintiff's claims against SATV, and in order to further facilitate such discussions, SATV respectfully requests that the deadlines for SATV's motion to dismiss be adjourned to the following dates:

- Opening Brief to be filed on or before July 10, 2020;
- Opposition Brief to be filed on or before August 7, 2020;
- Reply Brief to be filed on or before August 21, 2020.

This is the first such request for the adjournment of briefing deadlines for SATV's motion to dismiss, and Plaintiff consents to this request.  The requested adjournment should not necessitate the adjournment of any other deadlines in this action.

Respectfully submitted,

/s/ Linna Chen
Linna Chen
Partner

cc: Counsel for all Parties (via ECF)

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Be jing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

19135523.1
208607-10014

Application GRANTED.  The Court adopts the parties proposed briefing schedule.

Dated: June 9, 2020
      New York, New York

SO ORDERED.

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE