

LINNA CHEN
Partner

345 Park Avenue
New York, NY  10154

Direct    212.407.4953
Main     212.407.4000
Fax       212.412.9054
lchen@loeb.com

Via ECF

July 8, 2020



Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   Roberts v. BroadwayHD LLC, et al., No. 1:19-cv-09200 (KPF)(RWL)

Dear Judge Failla:

We represent defendant Sony/ATV Music Publishing LLC ("SATV") in the above-captioned action to request the adjournment of the deadlines for SATV's motion to dismiss.

Pursuant to Your Honor's ECF Order, dated June 5, 2020, SATV's motion to dismiss Plaintiff Chapman Roberts' ("Plaintiff") First Amended Complaint is due to be filed on or before July 10, 2020.  Plaintiff and SATV have been engaged in settlement discussions regarding the resolution of Plaintiff's claims against SATV, including the production of certain documents to Plaintiff.  In order to further facilitate these discussions, SATV respectfully requests that the deadlines for SATV's motion to dismiss be adjourned to the following dates:

- Opening Brief to be filed on or before August 7, 2020;
- Opposition Brief to be filed on or before September 4, 2020;
- Reply Brief to be filed on or before September 18, 2020.

This is the second request for the adjournment of briefing deadlines for SATV's motion to dismiss, and Plaintiff consents to this request.  The requested adjournment should not necessitate the adjournment of any other deadlines in this action.

Respectfully submitted,

*/s/ Linna Chen*
Linna Chen
Partner

cc: Counsel for all Parties (via ECF)

Los Angeles    New York    Chicago    Nashville    Washington, DC    San Francisco    Beijing    Hong Kong    www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

19236932.1
208607-10014

Application GRANTED.  The Court adopts the parties proposed briefing schedule.

Dated: July 8, 2020
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE