UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAPMAN ROBERTS,<br><br>                Plaintiff,<br><br>                -v.-<br><br>BROADWAYHD LLC, BROADWAY TELEVISION NETWORK, INC., BROADWAY WORLDWIDE, INC., BROADWAYONLINE.COM, INC., BRUCE BRANDWEN PRODUCTIONS, INC., BRUCE BRANDWEN, and AMAZON DIGITAL SERVICES LLC,<br><br>                Defendants. | 19 Civ. 9200 (KPF)<br><br>**ORDER** |
| MICHAEL STOLLER, ESTATE OF JEROMY LEIBER, and LEIBER STOLLER PRODUCTIONS, INC.,<br><br>                Third-Party Plaintiffs,<br><br>                -v.-<br><br>SCORPIO ENTERTAINMENT INC., RICHARD FRANKEL PRODUCTIONS, INC., and JACK VIERTEL,<br><br>                Third-Party Defendants. | |

KATHERINE POLK FAILLA, District Judge:

       The Court is in receipt of emails from Plaintiff and the L&S Defendants dated November 11, 2022, and November 14, 2022, respectively. Those emails seek divergent treatment of certain exhibits to the Declaration of David Leichtman filed in support of Plaintiff's Motion to Strike or Preclude Certain Affirmative Defenses. (*See* Dkt. #213). The Court understands that the L&S Defendants have initiated procedures to retract at least one of the contested documents per the terms of the parties' Protective Order. (Dkt. #36).

The parties are advised that the contested exhibits have not been filed on the public docket but have been submitted to the Court for consideration in conjunction with Plaintiff's aforementioned motion. Any party wishing to change that status quo may file a letter brief on the docket for the Court's consideration. The Court will not take any action -- be it public docketing of an exhibit or removal of an exhibit from the parties' motion papers -- based on emailed requests from the parties. To the extent it is necessary to protect confidential information, the parties may file those letters under seal, viewable only to the parties and the Court.

SO ORDERED.

Dated:   November 15, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge